UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEVEN GOTTLIEB

                Plaintiff,

-against-

THE VARIABLE ANNUITY LIFE INSURANCE
COMPANY; VALIC FINANCIAL ADVISORS, INC.;
VALIC RETIREMENT SERVICES COMPANY

                Defendants.

**STIPULATION OF DISCONTINUANCE**

1:15 CV 01420
(TJM)(TWD)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued *with prejudice* as to defendants **THE VARIABLE ANNUITY LIFE INSURANCE COMPANY, VALIC FINANCIAL ADVISORS, INC., and VALIC RETIREMENT SERVICES COMPANY**, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 3, 2016

DeFIO KEAN, PLLC

By: _____

Elena DeFio Kean, Esq.
*Attorneys for Plaintiff*
DeFio Kean, PLLC
125 Wolf Road, Suite 108
Albany, New York 12205

ROLLIN BRASWELL FISHER LLC

By: _____

Michael A. Rollin, Esq.
*Attorneys for Defendants*
Rollin Braswell Fisher LLC
8350 East Crescent Pkwy, Suite 100
Greenwood Village, CO 80111

SO ORDERED.

Dated: February 6, 2016

_____
Hon. Thomas J. McAvoy, SUSDJ